IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STACEY IAN HUMPHREYS,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE OLIVER, Commissioner, Georgia Department of Corrections,<br><br>JACOB BEASLEY, Warden, Georgia Diagnostic and Classification Prison,<br><br>Defendants. | ) | CIVIL ACTION NO.<br>1:25-CV-7012-LMM |

**JOINT STATUS REPORT**

On January 13, 2026, the parties hereto entered into a settlement agreement and notified the Court of its terms. Dkt. 8. The Court administratively closed this case but, at the request of the parties, retained jurisdiction for the purpose of enforcing the terms of the settlement. Dkt. 9. The Court directed the parties to file quarterly status reports containing "either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents." *Id.* at 2.

Plaintiff and Defendants jointly filed a status report on April 15, 2026, Dkt. 10, and now again jointly report to the Court that there is currently no pending

warrant for Mr. Humphreys's execution. The parties respectfully ask that the Court continue to retain jurisdiction of the case until such time as the terms of the settlement agreement have been met.

This, the 14th day of July, 2026.

Respectfully submitted,

*/s/ Nathan A. Potek*

Nathan A. Potek (Ga. Bar No. 747921)
FEDERAL DEFENDER PROGRAM, INC.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303
404-688-7530
(fax) 404-688-0768
Nathan_Potek@fd.org

*/s/ Lindsey B. Mann*

Lindsey B. Mann (GA Bar No. 431819)
Anaid Reyes Kipp (GA Bar No. 703283)
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
404-885-3000
lindsey.mann@troutman.com
anaid.reyes-kipp@troutman.com

COUNSEL FOR MR. HUMPHREYS

*/s/ Sabrina Graham*

Sabrina Graham
OFFICE OF THE ATTORNEY GENERAL
40 Capital Square, SW
Atlanta, Georgia 30334
404-458-3239
sgraham@law.ga.gov

COUNSEL FOR DEFENDANTS